# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    Beverly L Harris

        Debtor(s)

Case No. 15-04839

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/13/2015.

2) The plan was confirmed on 04/10/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/23/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/17/2015, 05/20/2016.

5) The case was converted on 06/22/2016.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $67,000.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,430.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$2,430.00**

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $576.12 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $108.52 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$684.64**

Attorney fees paid and disclosed by debtor:   $15.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABC CREDIT & RECOVERY | Unsecured | 175.00 | 175.00 | 175.00 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,000.00 | 670.77 | 670.77 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 514.00 | 464.81 | 464.81 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 311.00 | 578.38 | 578.38 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | NA | 225.08 | 225.08 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,200.00 | 1,146.80 | 1,146.80 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 558.00 | 574.85 | 574.85 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 2,412.24 | 2,412.24 | 2,412.24 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 797.00 | 797.72 | 797.72 | 0.00 | 0.00 |
| GINNYS | Unsecured | 208.00 | 208.13 | 208.13 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 950.00 | 1,211.17 | 1,211.17 | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 4,000.00 | 4,125.00 | 4,125.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 903.00 | 439.20 | 439.20 | 0.00 | 0.00 |
| MASON | Unsecured | NA | 302.06 | 302.06 | 0.00 | 0.00 |
| NICHOLAS FINANCIAL INC | Unsecured | NA | 526.37 | 526.37 | 0.00 | 0.00 |
| NICHOLAS FINANCIAL INC | Secured | 11,257.00 | 11,257.00 | 11,257.00 | 1,220.25 | 525.11 |
| NICOR GAS | Unsecured | 420.12 | 441.20 | 441.20 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 326.69 | 326.69 | 0.00 | 0.00 |
| NORTHSHORE AGENCY | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| OLIPHANT FINANCIAL | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| OREXK FINANCIAL SERVICES LLC/A | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICE/VERIZO | Unsecured | 1,875.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| SHOP NBC | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| SIMPLY DENTAL | Unsecured | 29.99 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY OFFICE OF CENTF | Unsecured | 19,455.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| H&R BLOCK | Unsecured | 708.40 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICES/I | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF GLENDALE HEIGHTS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HOFFMAN ESTATES | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| WALTER DRAKE | Unsecured | 84.95 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| TMOBILE | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| FOCUS RECEIVABLES MANAGEMEN | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| FRONTLINE ASSET STRATE | Unsecured | 659.96 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SERVICES | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| LIFE SHIELD INC | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| LITERARY GUILD | Unsecured | 63.54 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CONT/SPRIN | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| DISNEY MOVIE CLUB | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| DR LEONARDS/CAROL WRIG | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| DR LEONARD SHOP NOW | Unsecured | 51.11 | NA | NA | 0.00 | 0.00 |
| DR STUART MORGENSTEIN | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE HOUSING AUTHORITY | Unsecured | 4,200.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE VALLEY ANESTHESIOLOGI | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| EZ CASH LOANS | Unsecured | 1,180.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WEST CHICAGO | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE DVD | Unsecured | 109.76 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| BAKER HILL DENTAL | Unsecured | 795.65 | NA | NA | 0.00 | 0.00 |
| BOSE CORP | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH OF ILLINOIS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS BOOK OF THE MONTH | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY/DUPAGE DENT/ | Unsecured | 803.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| AMERIMARK PREMIER | Unsecured | 132.94 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY SERVICES | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 1,000.00 | 842.80 | 842.80 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,345.00 | 1,034.29 | 1,034.29 | 0.00 | 0.00 |
| VERIZON | Unsecured | 1,877.00 | 1,841.32 | 1,841.32 | 0.00 | 0.00 |
| WELLS FARGO BANK | Unsecured | NA | 278.80 | 278.80 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,257.00 | $1,220.25 | $525.11 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,257.00** | **$1,220.25** | **$525.11** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$18,622.68** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $684.64 |
| Disbursements to Creditors | $1,745.36 |
| **TOTAL DISBURSEMENTS** : | **$2,430.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/05/2016                    By: /s/ Glenn Stearns
                                                              Trustee

STATEMENT: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**